CITY OF SEA ISLE CITY v. STOBBART CONSTRUCTION CO.

October 19, 1976. Petition for certification denied.

BEATRICE WILDER v.
N. J. DEPT. OF INSTITUTIONS & AGENCIES.

October 19, 1976. Petition for certification denied.

BOARD OF EDUCATION, TWP. OF NORTH BERGEN v.
GUTTENBERG BOARD OF EDUCATION.

October 19, 1976. Petition for certification denied.

JOSEPH N. FARRELL v.
THE RELIANCE ELECTRIC & ENGINEERING CO.

October 19, 1976. Petition for certification denied.

HUDSON TANK STORAGE CO. v.
TOWNSHIP OF WEEHAWKEN.

October 19, 1976. Petition for certification denied.

NATIONAL COMMUNITY BANK v.
STANDARD ENVIRONMENTAL SYSTEMS, INC.

October 19, 1976. Petition for certification denied.